No. 98–6455. LAWLESS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–6456. WILLIAMS v. MOLINA, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 98–6461. ARVIN v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6465. BODWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–6468. CHARITY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–6476. BELL v. BEELER ET AL. C. A. 6th Cir. Certiorari denied. 

No. 98–6477. BROOKS v. VOINOVICH, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 98–6481. MITCHELL v. HAWKINS ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–6485. AINSWORTH v. CUNNINGHAM, WARDEN. Super. Ct. N. H., Merrimack County. Certiorari denied.

No. 98–6487. BRASWELL v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied. 

No. 98–6491. LILES v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–6495. MALLARD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 98–6496. MOORE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–6498. HANNAH v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 98–6500. GONZALEZ, AKA QUINONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.